1AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
May 20 2025
Clerk, U.S. District Court
Western District of Texas

By: _mvm_
Deputy

**USA**

vs.

**(1) JUAN PEDRO CARMONA-CERRITOS**

§
§  CRIMINAL COMPLAINT
§  CASE NUMBER: **EP:25-M -02557(1) RFC**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 17, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title     **8**     United States Code, Section(s)     **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: *" In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and "*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ BENITEZ-MEDINA, JOSE
Signature of Complainant
Border Patrol Agent

May 20, 2025
File Date

at   EL PASO, Texas
City and State

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN AT 1:05 PM.**
**FED.R.CRIM.P.4.1(b)(2)(A)**

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -02557(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) JUAN PEDRO CARMONA-CERRITOS**

*FACTS   (CONTINUED)*

**557.**

**The DEFENDANT, Juan Pedro CARMONA-Cerritos, an alien to the United States and a citizen of Mexico was found approximately .18 in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on 04/28/2009 through El Paso, Tx.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.**

IMMIGRATION HISTORY:

The DEFENDANT has been deported 1 time(s), the last one being to MEXICO on April 28, 2009, through EL PASO, TX

CRIMINAL HISTORY:

**02/27/2004, WAUKESHA, WI, CHILD ABUSE-RECKLESSLY CAUSE GREAT HARM(F), CNV, T/S 306 days /  SENTENCE LENGTH 5 YRS.**
**08/29/2005, WAUKESHA, WI, 2ND DEGREE RECKLESS HOMICIDE(F), CNV, T/S 853 days /  SENTENCE LENGTH 6 YRS.**